# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2017

153936

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JESSICA A. DILLON,
          Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
          Defendant-Appellant.

SC: 153936
COA: 324902
Isabella CC: 2012-010464-NF

_____/

On order of the Court, the application for leave to appeal the May 3, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) the extent to which an injury must be described in order to provide notice of injury under MCL 500.3145; and (2) whether the plaintiff or someone on her behalf provided written notice as required by MCL 500.3145. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2017



                         Clerk

p0125